Oskar RENNER, Sari DE HAJEK, and Theodore Donay, Petitioners-Appellants, v. UNITED STATES of America, Respondent-Appellee.

No. 11136.

United States Court of Appeals
Sixth Circuit.

May 2, 1950.

Wilbur V. Keegan, Detroit, Mich., for appellants.

Edward T. Kane and Vincent Fordell, Detroit, Mich., for appellee.

Before HICKS, Chief Judge, and SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel, and the court being of the opinion that the order appealed from and entered by the District Court on February 21, 1950, is not an appealable order,

It is therefore ordered and adjudged that the appeal of Oskar Renner, Sari DeHajek and Theodore Donay be and the same is dismissed.

PER CURIAM.

Appeal from District Court, D.C., 86 F.Supp. 354, dismissed at costs of Appellants, on stipulation of parties.

John L. LEWIS et al., Appellants, v. JACKSON & SQUIRE, Inc., et al.

No. 14051.

United States Court of Appeals
Eighth Circuit.

April 14, 1950.

William L. P. Burke, Washington, D. C., Jack Rose and G. L. Grant, Fort Smith, Ark., for appellants.

Gutensohn & Ragon, Warner & Warner and Thomas Harper, Fort Smith, Ark., for appellees.

PER CURIAM.

Appeal from District Court, D.C., 86 F.Supp. 354, dismissed at costs of appellants, on stipulation of parties.

John L. LEWIS et al., Appellants, v. F. S. NEELY COMPANY, Inc., et al.

No. 14052.

United States Court of Appeals
Eighth Circuit.

April 14, 1950.

William L. P. Burke, Washington, D. C., Jack Rose and G. L. Grant, Fort Smith, Ark., for appellants.

Warner & Warner, Fort Smith, Ark., for appellees.

John L. LEWIS et al., Appellants, v. MIDWEST MINING COMPANY.

No. 14053.

United States Court of Appeals
Eighth Circuit.

April 14, 1950.

William L. P. Burke, Washington, D. C., Jack Rose and G. L. Grant, Fort Smith, Ark., for appellants.

Gutensohn & Ragon, Fort Smith, Ark., for appellee.